**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 18-cr-20507-MGC**

**UNITED STATES OF AMERICA**

vs.

**OSMEL TORRES, et al.,**

    **Defendants.**

_____/

**GOVERNMENT'S FOURTH RESPONSE TO
THE STANDING DISCOVERY ORDER**

The United States hereby files this fourth response to the Standing Discovery Order. The attachments to this response are comprised of bates numbers Torres_3802 through Torres_3839. Please contact the undersigned Assistant United States Attorney if portions are missing.

Bates number Torres_3839 is a copy of Genny Indira Nieves Reyes' phone dump. On September 24, 2018, the undersigned sent an email to all counsel of record requesting a 60+ GB hard drive so that the government can make a copy of the data for each defendants' review. *See* Email from AUSA D. Cervantes to all counsel of record, 9/24/2018 at 5:28 p.m. ("Please also note that we have been able to complete a phone dump of Genny Indira Nieves Reyes' phone. The data is quite large, so please provide a thumb drive or hard drive that is at least 60 GB for us to make a copy of the contents for your review.") As of the date of this Fourth Response to the Standing Discovery Order, the government has only received hard drives from Osmel Torres and Anay Rodriguez Graveran. Should any other defendant not want to provide a hard drive for the purpose of obtaining a copy of Nieves Reyes' phone dump, the data is available for all defense counsel to review at the office of the Federal Bureau of Investigation. Please contact the undersigned to

coordinate a mutually convenient day and time for the review.

The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to assure a fair trial.

In addition to the request made above by the government pursuant to the Standing Discovery Order and Rule 16(b) of the Federal Rules of Criminal Procedure, in accordance with Rule 12.1 of the Federal Rules of Criminal Procedure, the government hereby reiterates its demand for Notice of Alibi defense (the approximate time, date, and place).

    Respectfully submitted,
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: /s/ *Daniel Cervantes*
DANIEL CERVANTES
Assistant United States Attorney
Florida Bar No. 40836
U.S. Attorney's Office - SDFL
99 N.E. 4th Street, Suite 600
Miami, FL 33132-2111
Telephone: (305) 961-9031
Facsimile: (305) 536-4699
Email: daniel.cervantes@usdoj.gov

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on October 5, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the attachments to this document are being served this day on all counsel of record as listed below:

*/s/ Daniel Cervantes*
DANIEL CERVANTES
Assistant United States Attorney

| | Defendant | Counsel | Service |
|---|---|---|---|
| 1. | **OSMEL TORRES,** a/k/a "Osmel Torres Perez," a/k/a "Yuma," a/k/a "Babalao" | **Scott William Sakin** 519 S Andrews Ave Fort Lauderdale, FL 33301-2831 954-779-7879 Fax: 954-463-3604 Email: sakinlaw@hotmail.com | FedEx |
| 2. | **GENNY INDIRA NIEVES REYES** | **Manuel Vazquez** 2332 Galiano Street Second Floor Coral Gables, FL 33134 305-445-2344 Fax: 305 445-4404 Email: mvaz@mvazlaw.com | Available for review at the FBI; a copy will be provided upon receipt by the USAO of a 60+ GB hard drive. |
| 3. | **MIGUEL ANTONIO RODRIGUEZ LLITERAS** | **Miguel Del Aguila** 6161 Blue Lagoon Drive Suite 400 Miami, FL 33126 305-267-4665 Fax: 305-261-3888 Email: delaguilalaw@aol.com | Available for review at the FBI; a copy will be provided upon receipt by the USAO of a 60+ GB hard drive. |
| 4. | **ROBERTO FLEITAS,** a/k/a "Loco," a/k/a "Pajaro" | **Herman Frank Rubio, Jr.** Law Offices of H. Frank Rubio 1107 N.E. 104th Street Miami Shores, FL 33138 305-892-5297 Email: Rubiolaw@aol.com | Available for review at the FBI; a copy will be provided upon receipt by the USAO of a 60+ GB hard drive. |
| 5. | **REINALDO DIAZ GONZALEZ,** a/k/a/ "Flaco" | **Michael Gary Smith** 633 South Andrews Avenue Suite 500 Fort Lauderdale, FL 33301 954-761-7201 Fax: 764-2443 Email: smithlawdefend@aol.com | Available for review at the FBI; a copy will be provided upon receipt by the USAO of a 60+ GB hard drive. |

|  | **Defendant** | **Counsel** | **Service** |
|---|---|---|---|
| 6. | ANAY RODRIGUEZ GRAVERAN | **David Adrian Howard**<br>David A. Howard, PA<br>25 SE 2nd Avenue<br>Suite 1100<br>Miami, FL 33131<br>786.360.6056<br>Fax: 305.536.2170<br>Email: david@davidhowardlaw.com | FedEx |
| 7. | JORGE LA ROSA BORDAS, a/k/a "Papito" | **Kristi Flynn Kassebaum**<br>Kristi Flynn Kassebaum P.A.<br>150 West Flagler Street Suite 1675<br>Miami, FL 33130<br>305-893-0006<br>Email: kristi.kassebaum@gmail.com | Available for review at the FBI; a copy will be provided upon receipt by the USAO of a 60+ GB hard drive. |
| 8. | CARLOS BERNARDO FERNANDEZ HERNANDEZ, a/k/a "Carlito" | TBD | None |
| 9. | ARIEL PINEDA RIVERA, a/k/a "El Viejo" | **R. Michael Hursey**<br>Michael Hursey PA<br>5220 S. University Drive<br>Suite C-110<br>Fort Lauderdale, FL 33328<br>954-252-7458<br>Fax: 252-3353<br>Email: mhpalaw@bellsouth.net | Available for review at the FBI; a copy will be provided upon receipt by the USAO of a 60+ GB hard drive. |
| 10. | PEDRO FERNANDEZ, a/k/a "Pelusa" | **G.P. Della Fera**<br>10800 Biscayne Boulevard, Suite 520<br>Miami, FL 33161-7400<br>305-892-6869<br>Fax: 892-6798<br>Email: gpdellafera@aol.com | Available for review at the FBI; a copy will be provided upon receipt by the USAO of a 60+ GB hard drive. |
| 11. | KATUMI PUJOL | **Orlando do Campo**<br>do Campo & Thornton, P.A.<br>Chase Bank Building<br>150 S.E. 2nd Avenue<br>Suite 602<br>Miami, FL 33131<br>305-358-6600<br>Fax: 305-358-6601<br>Email: od@dandtlaw.com | Available for review at the FBI; a copy will be provided upon receipt by the USAO of a 60+ GB hard drive. |

| | Defendant | Counsel | Service |
|---|---|---|---|
| 12. | **GLEIDYS URRUTIA** | **Frank Schwartz**<br>Frank Schwartz<br>169 E Flagler Street<br>Suite 1200<br>Miami, Fl 33131<br>305-379-5661<br>Fax: 379-5687<br>Email: frank@fschwartzlaw.net | Available for review at the FBI; a copy will be provided upon receipt by the USAO of a 60+ GB hard drive. |