UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-cr-20507-MGC(s)

UNITED STATES OF AMERICA

vs.

MIGUEL ANTONIO RODRIGUEZ LLITERAS,

Defendant.
_____/

## FACTUAL PROFFER

Defendant, MIGUEL ANTONIO RODRIGUEZ LLITERAS, his counsel, and the United States agree that, had this case proceeded to trial, the United States would have proven the following facts beyond a reasonable doubt:

From on or about April 14, 2018, to on or about June 7, 2018, LLITERAS did knowingly and willfully combine, conspire, confederate, and agree with co-defendants Osmel Torres, Reinaldo Diaz Gonzalez, and others to possess with intent to distribute approximately 4 kilograms of cocaine.

On April 14, 2018, at approximately 2:33 p.m., Torres called LLITERAS. During the conversation, Torres informed LLITERAS that Torres wished to purchase two kilograms of cocaine by using the code word "two bags of dog food." LLITERAS informed Torres that the price was "twenty four" in reference to $24,000 per kilogram. Torres then informed LLITERAS that $24,000 was too expensive and that he was only willing to pay $23,500 per kilogram. Torres explained to LLITERAS that Torres' last purchase of cocaine from LLITERAS was not of good quality when Torres stated, "we had to throw it to the pigs because it was no good." Torres then informed LLITERAS that Torres had to pay a $1,500 fee for each kilogram to the individual(s) who transported the cocaine and that Torres could purchase cocaine "here" in Miami for $26,000

to $26,500. LLITERAS reassured Torres that the cocaine that LLITERAS purchased was of good quality when he stated, "they give good stuff, premium." LLITERAS further explained, "these providers that make that food are good, they are top of the line." Torres then agreed to purchase and send someone to pick up the cocaine.

On April 15, 2018, at approximately 6:37 p.m., Torres called LLITERAS. During the conversation, Torres, speaking in coded language, requested four kilograms of cocaine from LLITERAS when Torres stated, "four of food." LLITERAS clarified that Torres wanted "four packages." Torres then requested LLITERAS send a text message of the address associated with LLITERAS so that Torres could provide the address to the courier.

Continuing on April 15, 2018, at approximately 10:54 p.m., the LLITERAS sent an outgoing text message to Torres that stated, "6610 skyview dr Houston Tx 77041," which was in reference to the location in which the courier would meet with LLITERAS to coordinate and/or purchase the four kilograms of cocaine. The address, 6610 Skyview Drive, Houston, Texas, is the address listed for the subscriber of the phone number communicating with Torres and is the address provided on LLITERAS' Texas driver's license. Historical cell site data for Diaz's phone number, 786-526-7991, shows that Diaz traveled from Miami to Houston between April 15 and 17, 2018.

On April 17, 2018, at approximately 9:24 p.m., the LLITERAS called Torres. During the conversation, Torres stated, "The guy should be arriving shortly here, he already told me," in reference to Diaz, who was the courier. Torres explained that Torres would call LLITERAS the following day to obtain an account number so that Torres could send a thousand dollars that was owed for the cocaine.

On May 2, 2018, at approximately 2:38 p.m., LLITERAS called Torres. During the conversation, LLITERAS informed Torres that an order of an unknown quantity of drugs was ready to be picked up when LLITERAS stated, "Done, dude. Everything is ready." Torres then informed LLITERAS that Torres will send a courier to head to LLITERAS' location in Houston, Texas when Torres stated, "That's fine. Let me call the guy to head that way."

The facts described above are not intended to be a complete recitation of the facts of this case and are merely intended to form a basis for the undersigned defendant's knowing, willful, and intentional plea of guilty.

Date: 11/13/18

By: _____
BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY
DANIEL CERVANTES
ASSISTANT UNITED STATES ATTORNEY

Date: 11-13-18

By: _____
MIGUEL ANTONIO RODRIGUEZ LLITERAS
DEFENDANT

Date: 11-13-18

By: _____
MIGUEL DEL AGUILA
ATTORNEY FOR DEFENDANT

3