UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

UNITED STATES OF AMERICA,

CASE NO.: 18-20507-3-Cr-MGC

Plaintiff,

vs.

MIGUEL A. RODRIGUEZ LLITERAS

_____Defendant._____/

### DEFENDANT'S POSITION WITH RESPECT TO SENTENCING FACTORS, AND OBJECTIONS TO THE PRESENTENCE REPORT

MIGUEL A. RODRIGUEZ LLITERAS by and through undersigned counsel files his response to the Pre-sentence Report (PSR) and objections thereto.    :

### PART A.  THE OFFENSE

### Paragraph 11; Objection

Defendant was not a supplier for Torres; defendant acted as an intermediary/broker between Torres and a supplier located in Houston, Texas.

### Paragraph 47-49; Objection

Defendant did not provide Reinaldo Diaz Gonzalez with any narcotics on May 2nd or May 3rd.  If Diaz Gonzalez obtained cocaine anywhere in Houston on those dates, he obtained it from someone other than Mr. Rodriguez Lliteras. *See paragraph 48* of the PSR, that states that between May 3rd and May 7th, Diaz picked up "an unknown quantity of drugs from a supplier in Houston*". See also paragraph 51* of the PSR which establish that Torres had more than one supplier/broker of cocaine in Texas.

1

## Role Assessment

### Paragraph 84; Objection

Although the parties agree that the amount of cocaine that is properly attributable to defendant Rodriguez Lliteras is four kilograms of cocaine, the Probation Office believes that based on "the wire intercepts and seizure on May 21st, 2018" he should be accountable for 10.98 kilograms of cocaine. The Office of Probation is mistaken.

The 6.98 kilograms of cocaine seized on May 21st, 2018 from Reinaldo Diaz Gonzalez were not provided to Diaz by defendant Rodriguez Lliteras. Diaz obtained that cocaine from a different source of supply in Texas unrelated to the defendant. **See paragraph 51 of the PSR** which establishes that the source of this cocaine is not defendant but some other supplier:

> "On May 20, 2018, at approximately 1:06 p.m., Torres received an incoming call from a **source of supply** in Texas. The **source of supply** stated that he was "calling you [Torres] to let you know that's there, so you send the guys." Torres responded, "Let me call Flaco so he can head that way today," in reference to calling Diaz to head to Texas to pick up the narcotics. Torres further stated that he would send additional money from previously owed debts involving drug transactions with the source of supply".

After this phone call, Diaz (Flaco) traveled to Texas and picked up close to 7 kilograms of cocaine from that source. The next day, police in Texas stopped Diaz on interstate I-10 and seized the 6.98 kilograms of cocaine which the Office of Probation mistakenly attributes to the defendant.

Both the government and defense agree that defendant Rodriguez Lliteras is not accountable for the 6.98 kilograms seized from Diaz on May 21st, 2018.

### Offense Level Computation

### Paragraphs 92,97 and 101; Objections

The Base Offense level should be 28 not 30; the Adjusted Offense level should be 26 not 28, the Total Offense level should be 23 not 25.

### PART D.  SENTENCING OPTIONS

### Guideline Provisions; Paragraph 120

The guideline imprisonment range should be 46-57 months not 57-71 months.

### PART E.  FACTORS THAT MAY WARRANT DEPARTURE OR VARIANCE

Defendant will file a Motion for Variance prior to sentencing.

Respectfully submitted,

MIGUEL DEL AGUILA, P.A.
6161 Blue Lagoon Dr.
Suite 400
Miami, Florida 33126
Tel:  305/267-4665
Florida Bar No.:  0232033
Email: delaguilalaw@aol.com


BY: /s/*Miguel del Aguila*____
     MIGUEL DEL AGUILA


### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of January 2019, a true and correct copy of the above and foregoing has been furnished to the Clerk of this Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/Miguel del Aguila*_____
MIGUEL DEL AGUILA

3