UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20507-CR-COOKE

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**MIGUEL ANTONIO RODRIGUEZ LLITERAS**,

    Defendant.

_____/

### ORDER

THIS CAUSE came before the Court on the United States' Motion to Seal, filed on October 9, 2020 [ECF No. 295]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The documents may be filed under seal and shall remain under seal until **August 18, 2023**. This Order shall not be filed under seal.

**DONE AND ORDERED** in Miami, Florida, this 18th day of August, 2022.

*(signed)* Cecilia M. Altonaga
for **MARCIA G. COOKE**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record